**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00025-CR

**MELLANNISE HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-80051-2013**

## ORDER

The Court **GRANTS** appellant's June 2, 2014 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE